B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Puerto Rico

In re  **MIGUEL ANGEL MARZAN BONILLA,**
**MAYRA BELEN DIAZ LAUREANO**

Case No. _____ **13-01252** _____

_____
Debtors

Chapter _____ **13** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,130,000.00 | | |
| B - Personal Property | Yes | 4 | 76,607.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 752,288.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 8,171.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 191,570.66 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 50,500.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 49,600.00 |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| Total Assets | | | 1,206,607.00 | | |
| Total Liabilities | | | | 952,029.66 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Puerto Rico

In re  **MIGUEL ANGEL MARZAN BONILLA,**
**MAYRA BELEN DIAZ LAUREANO,**

Case No. _____**13-01252**_____

Debtors

Chapter _____**13**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 8,171.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 8,171.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 50,500.00 |
| Average Expenses (from Schedule J, Line 18) | 49,600.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 4,600.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 8,171.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 191,570.66 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 191,570.66 |

B6A (Official Form 6A) (12/07)

.

| In re | **MIGUEL ANGEL MARZAN BONILLA,** | Case No. | **13-01252** |
|---|---|---|---|
| | **MAYRA BELEN DIAZ LAUREANO** | | |

Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| DESCRIPTION: CONCRETE AND BLOCKS STRUCTURE, 4 BEDROOMS, 3 BATHROOM, LIVING-DINING ROOM, GARAGE, SINGLE STORY TITLE: REGISTERED TO DEBTOR, OWNED BY DEBTOR AND SPOUSE, INTEREST: DEBTOR ARE OWNERS LOCATION: CALLE EVANS AN-31 VILLA RICA, BAYAMON PR 00959 | | J | 185,000.00 | 117,629.00 |
| DESCRIPTION: CONCRETE AND BLOCKS STRUCTURE, 3 BEDROOMS, 2 BATHROOM, LIVING-DINING ROOM, GARAGE, SINGLE STORY TITLE: REGISTERED TO DEBTORS, INTEREST: DEBTORS ARE OWNERS LOCATION 8198 CALLE CAMELIA, URB VISTAS DEL OCEANO, LOIZA, PR | COMMUNITY PROPERTY | J | 145,000.00 | 111,169.00 |
| PARCEL OF LAND SIZED 1,300 SQ FT. USED A GAS SERVICE STATION. CONTAINS A CONCRETE/BLOCK ROOM FOR ADMINISTRATION AND MINIMARKET, THREE UNDERGROUND GAS RESERVOIRS.WITH PUMP DISPENSERS, TWO CAR LUBRICATING CUBILES AND THREE CAR WASHING SPOTS (TIN ROOFED). LOCATION: AVE. SANTA JUANITA ESQ CALLE HOSTOS, URB SANTA JUANITA, BAYAMON | COMMUNITY PROPERTY | J | 800,000.00 | 506,871.00 |

| | | |
|---|---|---|
| Sub-Total > | **1,130,000.00** | (Total of this page) |
| Total > | **1,130,000.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **MIGUEL ANGEL MARZAN BONILLA,**                       Case No.   **13-01252**
          **MAYRA BELEN DIAZ LAUREANO**

Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | DORAL BANK<br>WESTERN BANK | J | 200.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | LIVING ROOM FURNITURE<br>DINNING ROOM FURNITURE<br>MASTER BED<br>2 ADDITIONAL BED FURNITURE<br>KITCHEN UTENSILS<br>WASHING MACHINE<br>MICROWAVE OVEN<br>STOVE<br>REFRIGERATOR<br>TV SET<br>STEREO AUDIO SYSTEM<br>DVD<br>PERSONAL COMPUTER<br>AIR CONDITIONING CONSOLE | J | 4,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | DEBTOR'S CLOTHES | J | 800.00 |
| 7. Furs and jewelry. | | WATCHES AND GOLD JEWELRY | J | 1,800.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >      **6,800.00**<br>(Total of this page)

**3**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **MIGUEL ANGEL MARZAN BONILLA,**                                    Case No.   **13-01252**
      **MAYRA BELEN DIAZ LAUREANO**

_____,
Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >                                   **0.00**
(Total of this page)

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **MIGUEL ANGEL MARZAN BONILLA,**
**MAYRA BELEN DIAZ LAUREANO**                                               Case No.  **13-01252**
                                                                    ,
                                       Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **ESTATE OF DECEDENT RAFAEL DIAZ ESTRADA (FATHER OF JOINT-DEBTOR ) CONSISTING OF A CONCRETE STRUCTURE WITH MARKET VALUE OF $155,000.00 TO BE DIVIDED AMONG3 INHERITORS. AFTER DEDUCTING LEGAL INHERITANCE SHARE OF WIDOW, COMMUNITY SHARE FOR WIDOW AND EXPENSES, THE ESTATE IS REDUCED TO $54,741.00 AND DEBTOR IS ENTITLED TO $18,247.00** | J | 18,247.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **DODGE DURANGO 2004 LEASED VEHICLE ACCOUNT INFO DISCLOSED IN SCHED F** | J | 9,340.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >      27,587.00
(Total of this page)

Sheet  **2**  of  **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **MIGUEL ANGEL MARZAN BONILLA,**
   **MAYRA BELEN DIAZ LAUREANO**                                          Case No.   __13-01252__
_____,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | Fotocopier<br>Gasoline console<br>Hand calculator<br>Beer Cooler<br>Refrigerator<br>3 Security video cameras for surveillance<br>Machine for car inspection (marbetes)<br>3 Gas dispenser<br>Vacuum cleaner<br>5 Carwash hoses<br>Automotive lift<br>Small size electricity generator<br>Water and air machine<br>compressor<br>Ice freezer<br>Car steam car wash machine (shampooer)<br>Tool box (wrenches) | J | 42,220.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 42,220.00 |
| (Total of this page) | |
| Total > | 76,607.00 |

Sheet   __3__   of   __3__   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re   **MIGUEL ANGEL MARZAN BONILLA,**                        Case No.   **13-01252**
          **MAYRA BELEN DIAZ LAUREANO**

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                   $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
■ 11 U.S.C. §522(b)(2)                                *with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| DESCRIPTION: CONCRETE AND BLOCKS STRUCTURE, 4 BEDROOMS, 3 BATHROOM, LIVING-DINING ROOM, GARAGE, SINGLE STORY TITLE: REGISTERED TO DEBTOR, OWNED BY DEBTOR AND SPOUSE, INTEREST: DEBTOR ARE OWNERS LOCATION: CALLE EVANS AN-31 VILLA RICA, BAYAMON PR 00959 | 11 U.S.C. § 522(d)(1) | 43,250.00 | 185,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| DORAL BANK WESTERN BANK | 11 U.S.C. § 522(d)(5) | 200.00 | 200.00 |
| **Household Goods and Furnishings** | | | |
| LIVING ROOM FURNITURE DINNING ROOM FURNITURE MASTER BED 2 ADDITIONAL BED FURNITURE KITCHEN UTENSILS WASHING MACHINE MICROWAVE OVEN STOVE REFRIGERATOR TV SET STEREO AUDIO SYSTEM DVD PERSONAL COMPUTER AIR CONDITIONING CONSOLE | 11 U.S.C. § 522(d)(3) | 4,000.00 | 4,000.00 |
| **Wearing Apparel** | | | |
| DEBTOR'S CLOTHES | 11 U.S.C. § 522(d)(3) | 800.00 | 800.00 |
| **Furs and Jewelry** | | | |
| WATCHES AND GOLD JEWELRY | 11 U.S.C. § 522(d)(4) | 1,800.00 | 1,800.00 |

  **1**  continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re   **MIGUEL ANGEL MARZAN BONILLA,**
**MAYRA BELEN DIAZ LAUREANO**

Case No. _____**13-01252**_____

_____,
Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Office Equipment, Furnishings and Supplies** | | | |
| **Fotocopier** | **11 U.S.C. § 522(d)(6)** | **4,350.00** | **42,220.00** |
| **Gasoline console** | | | |
| **Hand calculator** | | | |
| **Beer Cooler** | | | |
| **Refrigerator** | | | |
| **3 Security video cameras for surveillance** | | | |
| **Machine for car inspection (marbetes)** | | | |
| **3 Gas dispenser** | | | |
| **Vacuum cleaner** | | | |
| **5 Carwash hoses** | | | |
| **Automotive lift** | | | |
| **Small size electricity generator** | | | |
| **Water and air machine** | | | |
| **compressor** | | | |
| **Ice freezer** | | | |
| **Car steam car wash machine (shampooer)** | | | |
| **Tool box (wrenches)** | | | |

| | Total: | **54,400.00** | **234,020.00** |
|---|---|---|---|

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re   **MIGUEL ANGEL MARZAN BONILLA,**
     **MAYRA BELEN DIAZ LAUREANO**                    Case No. _____**13-01252**_____

_____,
                           Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxx0405 <br><br> BANCO DE DESARROLLO <br> PO BOX 2134 <br> SAN JUAN, PR 00922-2134 | | J | Opened 4/29/05 Last Active 5/05/08 <br> LOAN SECURED WITH 2 COLLATERALS <br> DEBTORS RESIDENCE: CALLE EVANS AN-31 VILLA RICA, BAYAMON PR 00959 & REAL ESTATE LOCATED IN 8198 CALLE CAMELIA, URB VISTAS DEL OCEANO, LOIZA, PR | | | | | |
| | | | Value $      **Unknown** | | | | 16,619.00 | **Unknown** |
| Account No. XXX-XX-9563 <br><br> BANCO POPULAR (WESTERNBANK) <br> PO BOX 713575 <br> SAN JUAN, PR 00936-7077 | | J | LOAN WITH BUSINESS REAL ESTATE AS COLATERAL <br> AVE. SANTA JUANITA ESQ CALLE STRUCTURE AND OPERATING BUSINESS LOCATED AT CALLE HOSTOS, URB SANTA JUANITA, BAYAMON | | | | | |
| | | | Value $      **800,000.00** | | | | 506,871.00 | 0.00 |
| Account No. xxxxxxxx8421 <br><br> FIRST BANK <br> PO BOX 15019 <br> WILMINGTON, DE 19886-5019 | | J | Opened 2/01/04 Last Active 6/07/10 <br> MORTGAGE <br> LOCATION OF COLLATERAL: CALLE EVANS AN-31 VILLA RICA, BAY | | | | | |
| | | | Value $      **185,000.00** | | | | 117,629.00 | 0.00 |
| Account No. xxxxxxxx1126 <br><br> SANTANDER <br> PO BOX 362589 <br> SAN JUAN, PR 00936-2589 | | J | Opened 3/01/04 Last Active 6/26/09 <br> MORTGAGE LOAN <br> LOCATION OF COLLATERAL: 8198 CALLE CAMELIA, URB VISTAS DEL OCEANO, LOIZA, PR | | | | | |
| | | | Value $      **145,000.00** | | | | 111,169.00 | 0.00 |

  **0**   continuation sheets attached

|  | Subtotal <br> (Total of this page) | 752,288.00 | 0.00 |
|---|---|---|---|
|  | Total <br> (Report on Summary of Schedules) | 752,288.00 | 0.00 |

B6E (Official Form 6E) (4/10)

In re   **MIGUEL ANGEL MARZAN BONILLA,**                                    Case No. _____**13-01252**_____
       **MAYRA BELEN DIAZ LAUREANO**
                                                                                   ,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Totals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>   1   </u>  continuation sheets attached

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

B6E (Official Form 6E) (4/10) - Cont.

In re     **MIGUEL ANGEL MARZAN BONILLA,**                                              Case No.   **13-01252**
          **MAYRA BELEN DIAZ LAUREANO**
                                                                    ,
                                    Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. XXX-XX-9563 | | | 2006 AND 2007 | | | | | | |
| DEPTO. DE HACIENDA SECC CERTIFICACION BOX 4515, OFIC 405 SAN JUAN, PR 00936 | | J | $371.00 FOR YEAR 2007 $2,396.00 FOR YEAR 2006 | | | | 2,767.00 | 0.00 | 2,767.00 |
| Account No. XXX-XX-9563 | | | 2006 THROUGH 2009 | | | | | | |
| INTERNAL REVENUE SERVICE SPECIAL PROCEDURE RM 912 MERC. PLAZA BLDG 27 1/2 SAN JUAN, PR 00918 | | J | $2,114.00 FOR YEAR 2009 $478.00 FOR YEAR 2008 $26.00 FOR YEAR 2007 $2,786.00 FOR YEAR 2006 | | | | 5,404.00 | 0.00 | 5,404.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **1** of **1**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Total of this page) | 0.00 |
|---|---|---|
|  | | 8,171.00 | 8,171.00 |
|  | Total (Report on Summary of Schedules) | 0.00 |
|  | | 8,171.00 | 8,171.00 |

B6F (Official Form 6F) (12/07)

In re   **MIGUEL ANGEL MARZAN BONILLA,**
    **MAYRA BELEN DIAZ LAUREANO**
              Debtors

Case No. ___13-01252___

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx5733<br><br>AMERICAN EXPRESS<br>c/o BCKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355 | | J | Opened 7/22/99  Last Active 8/20/08<br>CreditCard | | | | 3,586.00 |
| Account No. xxxxxxxxxxx4683<br><br>AMERICAN EXPRESS<br>c/o BECKETT & LEE<br>PO BOX 3001<br>MALVERN, PA 19355 | | H | Opened 12/01/99<br>CreditCard | | | | 1,744.00 |
| Account No. xxxxxxxxxxx7233<br><br>AMERICAN EXPRESS<br>c/o BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355 | | J | Opened 12/21/99  Last Active 4/22/09<br>CreditCard | | | | 409.00 |
| Account No. xxxx-xxxxxx-x1007<br><br>AMERICAN EXPRESS<br>PO BOX 29-7879<br>FORT LAUDERDALE, FL 33329-7879 | | J | 1/2001<br>CREDIT CARD | | | | 3,586.68 |

  **8**   continuation sheets attached

Subtotal
(Total of this page)
    **9,325.68**

B6F (Official Form 6F) (12/07) - Cont.

In re  **MIGUEL ANGEL MARZAN BONILLA,**
**MAYRA BELEN DIAZ LAUREANO**                                    Case No. ___13-01252___
                                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxxxx-x1008<br><br>AMERICAN EXPRESS<br>PO BOX 1270<br>NEWARK, NJ 07101-7077 | | J | 2/2004<br>CREDIT CARD | | | | 200.00 |
| Account No. xxxx7982<br><br>AT&T MOBILITY<br>P.O. BOX 15067<br>SAN JUAN, PR 00902-8567 | | J | 3/2004<br>FORMERLY CINGULAR WIRELESS<br>REFERENCE 523033920350 | | | | 0.00 |
| Account No. xxxxxxxx0000<br><br>BANCO DE DESARROLLO<br>PO BOX 2134<br>SAN JUAN, PR 00922-2134 | | H | Opened 9/17/04 Last Active 8/05/09<br>CreditCard | | | | 4,046.00 |
| Account No. xxxxxxx2357<br><br>BANCO DE DESARROLLO<br>PO BOX 2134<br>SAN JUAN, PR 00922-2134 | | J | Opened 12/11/08 Last Active 7/28/09<br>CreditCard | | | | 4,019.00 |
| Account No. xxxxxxxxxxxx3579<br><br>BANCO POPULAR<br>PO BOX 713575<br>SAN JUAN, PR 00936-7077 | | J | Opened 10/01/96<br>CreditCard | | | | 9,560.00 |

Sheet no. __1__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          17,825.00

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **MIGUEL ANGEL MARZAN BONILLA,**
**MAYRA BELEN DIAZ LAUREANO**                                    Case No.   **13-01252**

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx9070 <br><br>BANCO POPULAR<br>PO BOX 713575<br>SAN JUAN, PR 00936-7077 | | H | Opened 8/01/07<br>LEASE-DODGE DURANGO | | | | 6,898.00 |
| Account No. xxxxxxxxxxx5216 <br><br>BANCO POPULAR<br>PO BOX 713575<br>SAN JUAN, PR 00936-7077 | | J | Opened 1/01/05<br>CreditCard | | | | 5,392.00 |
| Account No. xxxxx5364 <br><br>BANCO SANTANDER<br>PO BOX 191080<br>SAN JUAN, PR 00936-1980 | | J | 2/2006<br>LOAN | | | | 9,165.00 |
| Account No. 4398 <br><br>BANK OF AMERICA<br>PO BOX 17054<br>WILMINGTON, DE 19850 | | J | Opened 10/01/97 Last Active 7/23/09<br>CreditCard | | | | 6,556.00 |
| Account No. 8002 <br><br>BANK OF AMERICA<br>PO BOX 17054<br>WILMINGTON, DE 19850 | | H | Opened 12/01/96 Last Active 7/23/09<br>CreditCard | | | | 4,487.00 |

Sheet no. __2__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **32,498.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **MIGUEL ANGEL MARZAN BONILLA,**  Case No. ___**13-01252**___
**MAYRA BELEN DIAZ LAUREANO**

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxx-xxxx-0303  **CHASE MANHATTAN BANK** **PO BOX 15548** **WILMINGTON, DE 19886-5548** | | J | 5/2005 CREDIT CARD | | | | 1,268.44 |
| Account No. 52303392  **CINGULAR WIRELESS** **PO BOX 192830** **SAN JUAN, PR 00919-2830** | | H | Opened 12/23/08 Last Active 7/25/09 CEL PHONE OTHER NUMBERS | | | | 186.00 |
| Account No. 6075014118111047  **CITIBANK INTERNATIONAL** **PO BOX 8005** **S HACKENSACK, NJ 07606** | | H | Opened 2/01/08 Last Active 3/19/10 LOAN | | | | 7,055.00 |
| Account No. 6035320142342938  Citibank Usa Attn.: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | H | Opened 10/01/03 Last Active 7/23/09 ChargeAccount | | | | 1,397.00 |
| Account No. xxxxxxxxxxxx1047  **CITIFINANCIAL** **P.O. BOX 71328** **SAN JUAN, PR 00936-8428** | | J | 2/01/08 LOAN | | | | 0.00 |

Sheet no. __3__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **9,906.44**

B6F (Official Form 6F) (12/07) - Cont.

In re    **MIGUEL ANGEL MARZAN BONILLA,**                                    Case No.   **13-01252**
      **MAYRA BELEN DIAZ LAUREANO**
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 50012810018304<br><br>COOP A/C DE CIALES<br>PO BOX 1438<br>CIALES, PR 00638 | | H | Opened 6/01/04 Last Active 3/14/08<br>LEASE-ATM PURCHASE<br>DEBTORS ARE NOT INTERESTED IN ATM MACHINE AND WILL SURRENDER IT TO CREDITOR | | | | 6,687.00 |
| Account No. xxxxxxxxxx5190<br><br>COOP A/C JESUS OBRERO<br>PMB 159 HC-01 BOX 29030<br>CAGUAS, PR 00725-8900 | | J | Opened 1/23/06 Last Active 5/15/10<br>LOAN SECURED BY ATM MACHINE THAT WAS TRANSFERED SON DEBTORS' SON AND HE MAKES THE MONTHLY PAYMENTS | | | | 6,641.00 |
| Account No. 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<br><br>DEPTO. DE HACIENDA<br>SECC CERTIFICACION<br>BOX 4515, OFIC 405<br>SAN JUAN, PR 00936 | | J | 5/2004<br>DIVISION MARBETES | | | | 20,000.00 |
| Account No. 900054255<br><br>DORAL BANK<br>PO BOX 195162<br>SAN JUAN, PR 00919-5162 | | J | 7/2006<br>CREDIT LINE | | | | 5,320.35 |
| Account No. 4744-0770-3004-0035<br><br>FIA CARD SERVICES<br>PO BOX 26012<br>GREENSBORO, NC 27410 | | J | 3/2004<br>CREDIT CARD | | | | 4,375.00 |

Sheet no. **4** of **8** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  **43,023.35**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **MIGUEL ANGEL MARZAN BONILLA,**
**MAYRA BELEN DIAZ LAUREANO**

Case No. ___**13-01252**___

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5490-4170-5143-4373 <br><br> **FIA CARD SERVICES** <br> **PO BOX 26012** <br> **GREENSBORO, NC 27410** | J | | 1/2006 <br> CREDIT CARD | | | | 6,600.00 |
| Account No. 100303800035616 <br><br> **FIRST BANK** <br> **PO BOX 13817** <br> **SAN JUAN, PR 00908-3817** | H | | Opened 7/21/05 Last Active 8/13/08 <br> CREDIT LINE | | | | 17,059.00 |
| Account No. 601859622272 <br><br> **GEMB / Old Navy** <br> **Attention: Bankruptcy** <br> **Po Box 103104** <br> **Roswell, GA 30076** | J | | Opened 5/01/05 Last Active 2/03/10 <br> ChargeAccount | | | | 493.00 |
| Account No. 8007875364 <br><br> **HOME DEPOT** <br> **PROCESSING CENTER** <br> **PO BOX 9101** <br> **DES MOINES, IA 50368-9101** | J | | 2/2006 <br> REVOLVING ACCOUNT/ANTANDER BANK | | | | 0.00 |
| Account No. 4221739367620 <br><br> **MACYS/FDSB** <br> **MACY'S BANKRUPTCY** <br> **PO BOX 8053** <br> **MASON, OH 45040** | J | | Opened 10/01/00 Last Active 6/15/10 <br> ChargeAccount | | | | 1,125.00 |

Sheet no. __5__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,277.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **MIGUEL ANGEL MARZAN BONILLA,**
     **MAYRA BELEN DIAZ LAUREANO**                    Case No. ___**13-01252**___

                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx9698<br><br>POPULAR AUTO<br>PO BOX 15011<br>SAN JUAN, PR 00902-8511 | | H | Opened 6/13/00 Last Active 6/10/05<br>LEASE | | | | 0.00 |
| Account No.<br><br>POPULAR AUTO<br>PO BOX 15011<br>SAN JUAN, PR 00902-8511 | | J | DODGE DURANGO 2004<br>LEASED VEHICLE<br>ACCOUNT INFO DISCLOSED IN SCHED F | | | | 0.00 |
| Account No. xxxxxxxxxxx0303<br><br>PORTFOLIO RC<br>Attn: BANKRUPTCY<br>PO BOX 41067<br>NORFOLK, VA 23541 | | J | Opened 6/01/09 Last Active 8/26/09<br>FactoringCompanyAccount Chase Bank Usa N.A. | | | | 0.00 |
| Account No.<br><br>PRE-SOLUTION | | J | | | | | 0.00 |
| Account No. 076-H02<br><br>PREFERRED HOME SERV<br>PO BOX 4069<br>BAYAMON, PR 00958-1069 | | J | 1/2/2008<br>RESIDENTIAL ACCESS FEES<br>URB VISTAS DEL OCEANO | | | | 1,800.00 |

Sheet no. __6__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,800.00

B6F (Official Form 6F) (12/07) - Cont.

In re **MIGUEL ANGEL MARZAN BONILLA,**
**MAYRA BELEN DIAZ LAUREANO**

Case No. **13-01252**

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1218**<br><br>PREPA<br>P.O.BOX 363508<br>SAN JUAN, PR 00936 | | J | Opened 12/02/08 Last Active 11/17/09<br>UTILITY | | | | 16,837.00 |
| Account No. **740016**<br><br>PRTC<br>PO BOX 71401<br>SAN JUAN, PR 00936-8501 | | H | Opened 11/19/08 Last Active 3/07/09<br>TELEPHONE ACCOUNT | | | | 328.00 |
| Account No. **780240**<br><br>PRTC<br>PO BOX 71401<br>SAN JUAN, PR 00936-8501 | | H | Opened 1/13/10 Last Active 5/11/10<br>TELEPHONE ACCOUNT-GAS STATION | | | | 282.00 |
| Account No. **740019**<br><br>PRTC<br>PO BOX 71401<br>SAN JUAN, PR 00936-8501 | | H | Opened 7/19/08 Last Active 11/11/08<br>TELEPHONE ACCOUNT | | | | 170.00 |
| Account No. **786713**<br><br>PRTC<br>PO BOX 71401<br>SAN JUAN, PR 00936-8501 | | J | Opened 9/19/08 Last Active 1/06/09<br>TELEPHONE ACCOUNT-RESIDENTIAL | | | | 144.00 |

Sheet no. **7** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **17,761.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **MIGUEL ANGEL MARZAN BONILLA,**          Case No. ___13-01252___
       **MAYRA BELEN DIAZ LAUREANO**

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxx6053 <br><br>SAMS CLUB<br>Att:  BANKRUPTCY DEPARTMENT<br>PO BOX 105968<br>ATLANTA, GA 30353 | | H | Opened 12/13/04  Last Active  6/06/10<br>ChargeAccount | | | | 125.00 |
| Account No. xxxxxxxx3786 <br><br>SANTANDER<br>PO BOX  362589<br>SAN JUAN, PR 00936-2589 | | J | 3/2006<br>PERSONAL LOAN | | | | 8,401.19 |
| Account No. xxxxx5364 <br><br>SANTANDER<br>PO BOX  362589<br>SAN JUAN, PR 00936-2589 | | J | 1/14/2009<br>TRANSFERRED TO PR ACQUISITIONS | | | | 0.00 |
| Account No. xxxxx4252 <br><br>T MOBILE<br>PO BOX 660252<br>DALLAS, TX 75266-0252 | | J | 6/2005<br>CEL PHONE | | | | 394.00 |
| Account No. xxxxxxxxxxxx3954 <br><br>WESTERNBANK<br>PO BOX 1180<br>MAYAGÜEZ, PR 00681-1180 | | J | Opened 10/21/05  Last Active  8/24/09<br>CREDIT CARD | | | | 25,234.00 |

Sheet no. __8__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  34,154.19

Total (Report on Summary of Schedules)  191,570.66

B6G (Official Form 6G) (12/07)

.

In re    **MIGUEL ANGEL MARZAN BONILLA,**
       **MAYRA BELEN DIAZ LAUREANO**                 Case No.    **13-01252**
                                                           ,
                                     Debtors

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **COOP A/C DE CIALES**<br>**PO BOX 1438**<br>**CIALES, PR 00638** | **LEASE-AUTOMATIC TELLER MACHINE (ATM)**<br>**DEBTORS ARE NOT INTERESTED IN ATM**<br>**MACHINE AND WILL SURRENDER IT TO**<br>**CREDITOR. LEASE IS HEREBY REJECTED.**<br>**EQUIPMENT READY FOR PICK UP BY LESSOR.** |
| **COOP A/C JESUS OBRERO**<br>**PMB 159 HC-01 BOX 29030**<br>**CAGUAS, PR 00725-8900** | **LEASEOF AUTOMATIC TELLER MACHINE (ATM)**<br>**INSTALLED IN DEBTORS GAS STATION. LEASE**<br>**IS HEREBY ASSUMED** |
| **POPULAR AUTO**<br>**PO BOX 15011**<br>**SAN JUAN, PR 00902-8511** | **LEASE RELATED TO A VEHICLE DODGE**<br>**DURANGO** |
| **SHELL COMPANY (PR) LIMITED**<br>**BAYAMON, PR 00956** | **CONTRACT TO PROVIDE GAS TO GAS SERVICE**<br>**STATION** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re   **MIGUEL ANGEL MARZAN BONILLA,**            Case No.   **13-01252**
      **MAYRA BELEN DIAZ LAUREANO**

Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**    continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re    **MIGUEL ANGEL MARZAN BONILLA**
      **MAYRA BELEN DIAZ LAUREANO**         Case No.   **13-01252**

Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**DAUGHTER**<br>**Son** | AGE(S):<br>**19 YEARS**<br>**25 YEARS** |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **BUSINESS MAN** | |
| Name of Employer | **MARZAN SHELL GAS SERVICE** | **ASSISTANT DEBTOR'S GAS STATION** |
| How long employed | **OVER 20 YEARS** | |
| Address of Employer | **AVE. SANTA JUANITA ESQ CALLE**<br>**HOSTOS**<br>**BAYAMON, PR 00959** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
|     b. Insurance | $ 0.00 | $ 0.00 |
|     c. Union dues | $ 0.00 | $ 0.00 |
|     d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 50,500.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social security or government assistance | | |
| (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income | | |
| (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 50,500.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 50,500.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 50,500.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
     **VARIABLE INCOME**

B6J (Official Form 6J) (12/07)

In re **MIGUEL ANGEL MARZAN BONILLA**
**MAYRA BELEN DIAZ LAUREANO**                          Case No.   **13-01252**
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 791.00 |
| a. Are real estate taxes included?              Yes ___      No **X** | | |
| b. Is property insurance included?              Yes ___      No **X** | | |
| 2. Utilities:     a. Electricity and heating fuel | $ | 250.00 |
| b. Water and sewer | $ | 200.00 |
| c. Telephone | $ | 130.00 |
| d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 30.00 |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 60.00 |
| 6. Laundry and dry cleaning | $ | 15.00 |
| 7. Medical and dental expenses | $ | 55.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 80.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 0.00 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 345.00 |
| b. Other **MORTGAGE REAL ESTATE LOCATED IN LOIZA** | $ | 736.00 |
| c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 45,900.00 |
| 17. Other **VEHICLE MAINTENANCE & LICENSES** | $ | 58.00 |
| Other **CUSHION FOR CONTINGENCIES** | $ | 50.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)     $ 49,600.00

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
**NONE**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ 50,500.00 |
| b. | Average monthly expenses from Line 18 above | $ 49,600.00 |
| c. | Monthly net income (a. minus b.) | $ 900.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Puerto Rico

In re   **MIGUEL ANGEL MARZAN BONILLA**
**MAYRA BELEN DIAZ LAUREANO**
                                                    Debtor(s)

Case No.   **13-01252**

Chapter   **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**25**____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **March 22, 2013**                    Signature   **/s/ MIGUEL ANGEL MARZAN BONILLA**
                                                          **MIGUEL ANGEL MARZAN BONILLA**
                                                          Debtor

Date   **March 22, 2013**                    Signature   **/s/ MAYRA BELEN DIAZ LAUREANO**
                                                          **MAYRA BELEN DIAZ LAUREANO**
                                                          Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.