## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

**IN RE:**

Miguel A. Marzan Bonilla
Mayra B. Diaz Laureano

CASE NO.  13-01252  ESL

CHAPTER      13

Debtor(s)

11 USC 362 d(1) d(2)

Banco Santander  PR

Relief from stay for cause

Movant

Miguel A. Marzan Bonilla
Mayra B. Diaz Laureano

and Chapter 13 Trustee,
Jose Ramon Carrion Morales

Respondent(s)

## MOTION FOR RELIEF FROM STAY

**TO THE HONORABLE COURT:**

Comes now, Banco Santander  PR, secured creditor, represented by the undersigned attorney who respectfully prays and states as follows:

1.      Jurisdiction over subject matter is predicated on section, 1334 and 157(b) 2(G), 28 USC.

2.      The cause of action is based on section 362 d(1) and d(2), 11 USC.

3.      In this case, an Order for Relief was entered on February 20 2013.

4.      Movant is the holder in due course of a Mortgage Note, hereinafter the (Note), for $119,000.00, bearing interest of 5.50  %, due on  April 1st 2034.

5.      Since the filing date, debtor account has accumulated **Post Petition** arrears

as described in Exhibit (A) of this motion, Verified Statement in compliance with LBR 4001-

1(d)(3) **and any other arrears that continue to accrue up to the date all post petitions**

**arrears are paid.**

**Miguel A. Marzan Bonilla**                                                                    *Page -2-*
13-01252 ESL

6.    Movant argues that considering what is herein above stated, cause exists for

granting relief from the stay pursuant to section 362 d(1) d(2), *supra*, since debtor has

failed to make post petition payments accordingly.

Included as Exhibit (B), is Movant's Verified Statement regarding the information

required by the Service Member Civil Relief Act of 2003 and the Department of Defense

Manpower Data Center Military Status Report.

7.  Said default deprives Movant to have its security interest protected as provided

under the Bankruptcy Code.

WHEREFORE, Movant prays for an Order granting the Relief from Stay as

requested.

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on this date copy of this motion has been electronically filed with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to

debtor(s) attorney and to Jose Ramon Carrion Morales, Chapter 13 Trustee, and also

certify that I have mailed by United State Postal Service copy of this motion to the following

non CM/ECF participants: to debtor(s) at theirs address of record in this case.

In Caguas, Puerto Rico, on the 7 day of May  2013.

/s/Luis Yamil Rodriguez San Miguel ,Esq.
Attorney for Banco Santander  PR
PMB  256
PO  BOX  4952
Caguas  PR   00726
E-mail:  lcdorodriguezsanmiguel@gmail.com

USDC 9227605
Tel:787-972-6144



May 7, 2013

Banco Santander
Box 362589
San Juan, PR 00936

................................................................................

## STATEMENT OF ACCOUNT

| Name: | MIGUEL MARZAN BONILLA | Filing Date: | 2/20/20132/20/2013 |
|---|---|---|---|
| | MAYRA DIAZ LAUREANO | Bankruptcy case: | 13-01252 |
| | Loan: 9831126 | | |

Due on Post Petition since **3/1/2013** until **5/1/2013**

| Payments | 3 | X | $ | 716.34 | $ | 2149.02 |
|---|---|---|---|---|---|---|
| Late Charge | 3 | X | $ | 33.78 | $ | 101.34 |
| Atty Fees | | | | | $ | 426.00 |

**Total** $ **2676.36**

**Principal Balance** $108,949.73 .

**Providencia Pérez**

Oficial Quiebras Hipotecarias
Banco Santander Puerto Rico
t. 787-281-3137
providencia.perez@bspr.com

9831126

DEED NUMBER: FIFTY NINE (59)

FIRST MORTGAGE
PRIMERA HIPOTECA

In the City of San Juan, Puerto Rico,
En la ciudad de San Juan, Puerto Rico,

this Twenty Ninth Day of March Two Thousand Four (2004)
hoy día de del dos mil cuatro (2004)

BEFORE ME
ANTE MI

MIGUEL A. RIVERA ROSENDO, a Notary Public
Notario Público

in Puerto Rico, with residence in the city of Guaynabo Puerto Rico,
Puerto Rico, con residencia en la ciudad de Puerto Rico,

and offices located in San Juan, Puerto Rico
y con oficinas en San Juan, Puerto Rico

APPEAR
COMPARECEN

The Person(s) mentioned in paragraph SEVENTH hereof (herein
La(s) persona(s) mencionada(s) en el párrafo Séptimo (en adelante el

"Borrower")
Deudor)

I the Notary, hereby certify that I personally know the appearing parties and
Yo el Notario certifico que conozco personalmente y por sus dichos a los

through their statements as to their ages, civil status, occupations and
comparecientes y por sus dichos de sus edades, estados civiles, ocupaciones

residences, as required by Article Seventeen "C" (17C) of our Notary Law,
y residencias, según requiere el Artículo diecisiete "C" (17C) de la Ley

Notarial.

They assure me that they have, and in my judgment they do have, the
Ellos me aseguran tener, y a mi juicio tienen la capacidad legal necesaria

necessary legal capacity to execute this deed, wherefore they freely
para otorgar esta escritura, por tanto libremente

STATE AND COVENANT
DECLARAN Y CONVIENEN

FIRST. That Borrower is owner of the Property described in paragraph
PRIMERO. Que es dueño de la propiedad descrita en el párrafo

FIFTH hereof (herein "Property") and has the right to mortgage said Property
QUINTO de la presente (en adelante "la Propiedad") y que tiene el derecho de

that the Property is unencumbered, and that Borrower will warrant
hipotecar dicha Propiedad, que la "Propiedad" se halla libre de

and defend the title to said Property against all claims and demands, subject
cargas y gravámenes y que el Deudor garantizará y defenderá su título a dicha

to any declarations, easements or restrictions listed in a schedule of exeptions
Propiedad contra toda reclamación y demanda, sujeto a cualquier declaración,

to coverage in any title insurance policy insuring the interest in the Property
servidumbre o restricción detallada en la lista de excepciones a cubierta

if the Lender mentioned in paragraph EIGHTH hereof (herein "Lender") ----
en cualquier póliza de seguro de Título que asegure el interés en la Propiedad

del Prestador mencionado en el Párrafo OCTAVO de la presente (en adelante

"el Prestador"

----SECOND: That Borrower is indebted to Lender in the principal
----SEGUNDO: Que el Deudor adeuda al Prestador la suma

sum of   ONE HUNDRED NINETEEN THOUSAND DOLLARS ($119,000.00)
principal de--

with interest thereon at the rate of   FIVE POINT FIFTY----------
con intereses sobre la misma a razón del--

percent ( 5.50 %) per annum; which indebtedness is evidence by a
por ciento (------) anual, cuya deuda está evidenciada por

certain note payable to Lender, or to its order, dated   on th  twenty
un pagaré pagadero al Prestador, o a su orden, fechado
Ninth (29th) ----day of March of Two Thousand Four (2004)----
Affidavit number:   TWO THOUSAND EIGHT HUNDRED FIFTY FOUR----
--------------------------------- (2854)-----------
providing for monthly installments of   SIX HUNDRED SEVENTY FIVE
en el cual se dispone para el pago de plazos mensuales de--
DOLLARS WITH SIXTY SEVEN CENTS ($675.67)------------

principal and interest with the balance of the indebtedness, if not sooner paid,
principal e intereses con el balance de la deuda, sino ha sido antes satisfecho,

due and payable on the first day of   APRIL OF TWO THOUSAND THIRTY
vencedero y pagadero el----------
FOUR (2034)---------
----THIRD: To secure to Lender of to the holder by endorsement of
----TERCERO: Para garantizar al Prestador o al tenedor por endoso del

the note (a) the repayment of the indebtedness evidenced by the Note, with
Pagaré (a) el pago de la deuda evidenciada por el Pagaré, con sus intereses,

interest thereon, (b) the performance if the covenants and
(b) el cumplimiento de los pactos y

2

agreements of Borrower herein contained  (c) an amount of ten percent
convenios del Deudor aquí contenidos  (c) una suma equivalente al diez por ciento

of the original principal amount of the Note to cover costs expenses and
de la cuantía original del principal del Pagaré para cubrir costas gastos y

attorney's fees in the event the holder of the Note is required to
honorarios de abogado en caso de que el tenedor del Pagaré tenga que

foreclose this Mortgage or seek judicial collection  or collection
ejecutar esta Hipoteca o recurrir a procedimiento judicial para su cobro  o su cobro

in any proceeding in bankruptcy of the Borrower which amount shall
en cualquier procedimiento en quiebra del Deudor  cuya suma será

be considered liquid and payable by the sole act of filing the complaint
considerada líquida y exigible por el solo acto de la radicación de la demanda

and shall be in addition to the principal amount of the Note  (d) an
y será en adición al principal del Pagaré  (d) una

amount of ten percent of the original principal amount of the Note
suma equivalente al diez por ciento de la cuantía original del principal del Pagaré

to cover any other advances which may be made under this Mortgage
para cubrir cualquier otro anticipo que pueda hacerse bajo esta Hipoteca

and  (e)  an amount of ten percent of the original principal amount of the
y (e) una suma equivalente al diez por ciento de la cuantía original del principal del

Note to cover interest in addition to that secured by law  Borrower
Pagaré para cubrir intereses en adición a los garantizados por ley  El Deudor

does hereby create a voluntary  mortgage on the Property  in the
por la presente constituye  Hipoteca voluntaria sobre la Propiedad  En caso

event this Mortgage is not recorded at the Registry with the agreed
de que esta Hipoteca no se inscriba en el Registro de la Propiedad con el

rank  the same  shall  constitute  a  default  hereunder  entitling
rango convenido  ésta constituirá incumplimiento bajo la presente facultando al

Lender to the remedies provided in paragraph 18 hereof
Prestador a los remedios provistos en el párrafo 18 de la presente

FOURTH  Borrower and Lender further convenant and agree
CUARTO  El Deudor y el Prestador además convienen y acuerdan

as follows
lo siguiente

1  Payment of Principal and Interest  Borrower shall promptly pay
1  Pago de Principal e Intereses  El Deudor pagará puntualmente

when due the principal of and interest on the indebtedness evidenced
cuando venzan el principal e intereses de la deuda evidenciada

by the Note  prepayment and late charges as provided in the
por el Pagaré y los cargos por pago anticipado y retardado según dispuesto en el

Note
Pagaré

2  Funds for Taxes and Insurance  Subject to applicable law
2  Fondos para Contribuciones y Seguros  Sujeto a disposiciones de ley

or to a written waiver by Lender  Borrower shall pay to Lender
aplicables o a renuncia escrita del Prestador el Deudor pagará al Prestador



Property, have the right to collect and retain such rents
Propiedad, tendrá el derecho de cobrar y retener dichas rentas

as they become due and payable.
según venzan y sean pagaderas.

———Upon acceleration under paragraph 18 hereof or abandonment of
——Al ocurrir una aceleración bajo el párrafo 18 de la presente o el abandono de

the Property, Lender shall be entitled to have a receiver appointed by a
la Propiedad, el Prestador tendrá derecho a que se designe por un

court to enter upon, take possession of and manage the Property and
tribunal un síndico que entre, tome posesión de y administre la Propiedad y

to collect the rents of the Property including those past due. All
que cobre las rentas de la Propiedad incluyendo las anteriormente vencidas Todas

rents collected by the receiver shall be applied first to payment of the
las rentas cobradas por el síndico serán aplicadas primero al pago de los

costs of management of the Property and collection of rents, including,
gastos de administración de la Propiedad y del cobro de las rentas incluyendo.

but not limited to, receiver's fees, premiums on receiver's bonds
sin que implique limitación, a los honorarios del síndico, primas de la fianza del síndico

and attorney's fees, and then to the sums secured by this Mortgage.
y honorarios de abogado, y luego a las sumas garantizadas por esta Hipoteca.

The receiver shall be liable to account only for those rents
El síndico será responsable de rendir cuentas únicamente respecto a las rentas

actually received
realmente recibidas.

———21. Release. Upon payment of all sums secured by this
——— Descargo. Una vez pagadas todas las sumas garantizadas por esta

Mortgage, Lender shall release and cancel this Mortgage at
Hipoteca, el Prestador descargará y cancelará esta Hipoteca por

Borrower's expense, or, at Borrower's option, endorse the Note-
cuenta del Deudor o, a opción del Deudor, endosará el Pagaré

"for cancellation only" without charge to Borrower.
"para cancelación únicamente" sin cargo al Deudor.

———FIFTH: The Property
——— QUINTO: La Propiedad.

———The description of the mortgage Property, together with
———La descripción de la Propiedad, junto con

all the structures, improvements now or hereafter
todas las estructuras, mejoras actuales o futuras

erected on the Property and all easements, rights,
en la Propiedad y todas las servidumbres, derechos,

appurtenances and rents, and all fixtures now and hereafter
pertenencias y rentas, y todos los muebles actualmente o en el

attached to the Property, all of which, including
futuro adheridos a la Propiedad, todos los cuales, incluyendo

replacements and additions thereto shall be
los que reemplacen o se le añadan en el futuro, serán

16

deemed to be and remain a part of the Property covered by this Mortgage is considerados como parte de la Propiedad cubierta por esta Hipoteca es la

siguiente:

----URBANA: solar radicado en la Urbanización Vistas del Océa-no, localizada en el Barrio Medianía Baja del término munici-pal de Loíza, Puerto Rico que se describe en el plano de Ins-cripción con el número dos del bloque "H", con un área de---DOSCIENTOS SETENTA Y CINCO PUNTO CERO CERO METROS CUADRADOS--(275.00 m.c.); en lindes por el NORTE, en doce punto cincuenta metros, con la calle número seis; por el SUR, en doce punto--cincuenta metros, con los solares número ocho y número nueve--del Bloque "Z"; por el ESTE, en veintidós punto cero cero me-tros con el solar número uno del Bloque "H" y por el OESTE,--en veintidós punto cero cero metros, con el solar número tres del Bloque "H".

----Consta inscrito al TOMO Móvil 208 de Loíza, Registro de la Propiedad de Carolina, Sección Tercera, Finca número 9,741.

SIXTH: Value of the Property
SEXTO: Valor de la Propiedad

Pursuant to the provisions of the Mortgage and Property Registry Act of Puerto
En cumplimiento de las disposiciones de la Ley Hipotecaria y del Registro de la

Rico, Lender and Borrower value the Property at en amount equal to
Propiedad de Puerto Rico, el prestador y el Deudor tasan la propiedad en

ONE HUNDRED NINETEEN THOUSAND DOLLARS ($119,000.00)

at the first auction in the event of foreclosure
sirva como tipo mínimo en la primera subasta en caso de ejecución.

SEVENTH: Appearing Parties ("Borrower")
SEPTIMO: Comparecientes ("Deudor")

MIGUEL MARZAN BONILLA, Seguro Social número ███████
y su esposa MAYRA DIAZ LAUREANO, Seguro Social número ████
███████, mayores de edad, propietarios y vecinos de Loiza
Puerto Rico, a quienes el Notario autorizante por no conocer
los personalmente los ha identificado por sus licencias de
conducir, expedidas por el Estado Libre Asociado de Puerto
Rico, las cuales tienen foto y firma.
Se aclara que la deudora se le tiene conocida como MAYRA
y el deudor es también conocido como MIGUEL ANGEL MARZAN
BONILLA.

20

—EIGHT: Lender. The Lender is NEW YORK MORTGAGE BANKERS
OCTAVO: Prestador. El prestador es NEW YORK MORTGAGE BANKERS

a corporation organized and existing under the Laws Of the Commonwealth Of
una corporación organizada y existente bajo las Leyes del Estado Libre Asociado

de Puerto Rico, whose address is # 818 Ponce de León Ave., Santurce, Puerto
Puerto Rico, cuya dirección es #818 Ave. Ponce de León Santurce, Puerto

Rico, Social Security Number "66-060-1397", who appears in this deed to
Rico Seguro Social Número "66-060-1397", quien comparece en esta escritura a

accept the mortgage. New York Mortgage Bankers is represented
aceptar esta hipoteca. New York Mortgage Bankers, está representada por

SANDRA PEREZ SANTIAGO, Social Security number
SANDRA PEREZ SANTIAGO, Seguro Social número ███████

of legal age, single, executive and resident of San Juan, Puerto Rico, who I
mayor de edad, soltera, ejecutiva y residente de San Juan, Puerto Rico, quien Yo el

the Notary, Attest to the personal knowledge of this representative's
Yo el Notario Público Doy Fe de conocer personalmente a este representante del

Lender.
Prestador.

—Según Resolución Corporativa de fecha del diecinueve (19) de septiembre de dos
mil dos (2002), ante la notario María T. Roa Cacho, Affidavit Número novecientos
doce (912), constituida mediante la presente en cumplimiento con el Artículo ciento
ochenta y seis (186) de la Ley Hipotecaria de Puerto Rico.

—NINTH: Waiver of Homes and Rights.
NOVENO: Renuncia de Hogar Seguro.

—Borrower hereby waives, in favor of the Lender, to the fullest extent allowed
El deudor por la presente renuncia, a favor del Prestador, hasta el límite permitido

by law, all homestead and similar rights conferred upon Borrower by any law,
por ley, todos sus derechos de hogar seguro, derechos similares conferidos al

including, without limitation, the provisions of the Puerto Rico Right of
Deudor por cualquier ley, incluyendo sin implicar limitación, las disposiciones

Homestead, (31 L P R A , 851-1857),
sobre Derecho de Hogar Seguro de Puerto Rico (31 L P R A (1851-1857)

—TENTH: Property Address. The Property Address shall be the address stated
DECIMO: Dirección de la Propiedad. La Dirección de la Propiedad será la

in the Note as the property Address.
dirección indicada en el Pagaré como Dirección de la Propiedad.

——ACCEPTANCE—
—ACEPTACION—

—The appearing parties accept this Deed in its entirely, and I, the Notary, made to
los comparecientes aceptan esta Escritura en su totalidad y yo el Notario hice

the appearing parties the necessary legal warnings concerning the execution of this
a los comparecientes las advertencias legales pertinentes relativas

same I the Notary advised the appearing parties as to their right to have
otorgamiento; Yo el Notario, advertí a las partes comparecientes de su derecho

witnesses present at this execution with right they waived The appearing parties
de tener testigos presentes a este otorgamiento; a cuyo derecho renunciaron

having read this Deed in its entirely, fully and confirm the statements contained
Habiendo los comparecientes leído esta Escritura en su totalidad, la ratifican

herein as the true and exact embodiment of their stipulations, terms and conditions,
totalmente y confirman que las declaraciones contenidas en la misma reflejan fiel

Whereupon the appearing parties signed this Deed, before me, the Notary, and
y exactamente sus estipulaciones, términos, y condiciones. En cuya virtud los

signed their initials on each on every page of this Deed.
comparecientes firman esta escritura ante mí, el Notario, y firman sus iniciales en

todas y cada una de las páginas de esta Escritura.

The Notary states that I c has advised the appearing party(ies) that; if the property
El Notario autorizante hace constar el haber advertido a el (los) compareciente(s)

object of this deed is subject to an mortgage liens with priority over this mortgage,
que de estar la propiedad objeto de esta escritura sujeta a algún gravamen

according to the agreement with the financing institution and the requirement of the
hipotecario con prioridad a la hipoteca constituida mediante esta escritura; según

Regulation Number FIVE THOUSAND THREE HUNDRED THIRTY SEVEN
lo acordado con la institución financiera y requerido por el Reglamento Registro

(5337) appio ed by the Office of the Commissioner for Financial Institutions the
Número CINCO MIL TRESCIENTOS TREINTA Y SIETE (5337), promulgando

financing institution must retain from the funds generated by this mortgage loan a
por la Oficina del Comisionado de Instituciones Financieras, la institución

balance sufficient to pay en cancel said lien(s), that there is (are) a (some) check(s)
financiera deberá retener de los fondos generados por el préstamo garantizado por

p which said Regulation Number FIVE THOUSAND THREE HUNDRED THIRTY
esta hipoteca un balance suficiente para saldar y cancelar dicho(s) gravamen(es);

SEVEN (5337) requires the financing institution to remit to said creditor(s) in order
que existe(n) un(os) cheque(s) cl(los) cual(es) dicho reglamento Número CINCO

to obtain the cancellation of said lien(s); although there is no guaranty that this will
MIL TRESCIENTOS TREINTA Y SIETE (5337) requiere que la institución

be done; that the owner of the property being mortgaged pursuant to this deed has
financiera remita al(los) acreedor(es) correspondiente(s) para la cancelación de

the right to require that such lien(s) be cancelled concurrently with this financing
la(s) gravamen(es); aunque esto no constituye una garantía absoluta de que ello

and that if said by not voluntarily waives such right the appearing parties have been
así será hecho; que el dueño de la propiedad hipotecada mediante esta escritura

advised and are aware of the risks and consequences, if such lien (s) are not
tiene el derecho a exigir que tal(es) sea(n) cancelado(s) en el mismo acto de este

22

cancelled; and that under the provisions of the Truth in Lending Act, in such cases
financiamineto, y que de renunciar voluntariamente a ese derecho el(los)

as these provisions are applicable, the financing institution has no obligation to
compareciente(s) queda(n) advertido(s) y está(n) conciente(s) de los riesgos y

disburse any of the proceeds of the loan secures by this mortgage until, in the
consecuencias de que dicho(s) gravámene(   no sea(n) cancelado(s); y que bajo las

appropiate cases, the mortgage shall waive such right to rescind or untill the period
disposiciones del "Truth in Lending Act" en los casos en que estas disposiciones

allowed for such recission has expired. These warnings having been made, the
sean aplicables, la institución financiera no tiene obligación de desembolsar todo

appearing party (ies) have waived the right to require that said lien(s) be cancelled
ni parte del préstamo garantizado por esta hipoteca hasta que en los Casos

concurrently with this act
apropiados, el deudor hipotecario renuncie al derecho de rescindir o hasta haber

transcurrido el periodo durante el cual él tiene el derecho de rescindir, el préstamo

Hechas estas advertencias, el(los) compareciente(s) ha(n) renunciado al derecho de

exigir que tal(es) gravámen(es: s a(n) cancel x lo(s) en este mismo acto

—I, the Notary, do hereby certif ns tá é ry thing stated or contained in this
—Yo el Notario por la presente certifico de todo lo declarado y contenido en este

instrument
instrumento

I the Notary DO HEREBY ATTES F
—Yo, el Notario DOY FE

FIGO QUE ESTA ES COPIA SIMPLE
EXACTA DEL ORIGINAL QUE OBRA
PROTOCOLO

NOTARIO PUBLICO

# NOTE
## PAGARE

US$ 119,000.00

San Juan, Puerto Rico

March 29th, 2004
de

FOR VALUE RECEIVED, the undersigned ( Borrower ) promise(s) to pay NEW YORK MORTGAGE BANKERS

Por valor recibido, el (los) suscribiente(s) ("Deudor") promete(n) pagar a

or order the principal sum of ONE HUNDRED NINETEEN THOUSAND

o a su orden la suma principal de

Dollars with interest on the unpaid

Dolares con intereses sobre el balance

principal balance from the date of this Note until paid at the rate of FIVE POINT FIFTY

insoluto de principal desde la fecha de este Pagaré hasta su pago a razón de

(5.50%) percent per annum. Principal and interest shall be payable at San Juan, Puerto Rico,

por ciento anual. El principal e intereses serán pagaderos en San Juan, Puerto Rico,

or such other place as the Note holder may designate in writing, in consecutive monthly installments

o en cualquier otro lugar que el tenedor de este Pagaré indique por escrito, en plazos mensuales y consecutivos de

SIX HUNDRED SEVENTY FIVE DOLLARS WITH SIXTY SEVEN CENTS

Dollars (US$ 675.67 ) on the first day of each month beginning the first of MAY

Dolares (US$ ) en el primer día de cada mes comenzando el 1ro de

20 04 until the entire indebtedness evidenced hereby is fully paid, except that any remaining indebtedness,

20 Hasta que se pague totalmente la deuda evidenciada por el presente, excepto que la deuda restante,

if not sooner paid, shall be due and payable on the first day of APRIL OF 2034.

si no antes pagada quedará vencida y pagadera en el día primero de

If any monthly installment under this Note is not paid when due and remains unpaid after a date

Si cualquier plazo mensual bajo este Pagaré no se paga a su vencimiento y permanece impagado luego de la fecha

specified by a notice to Borrower, the entire principal amount outstanding and accrued interest thereon

especificada en la notificación, al Deudor, la suma total de principal pendiente de pago e intereses acumulados sobre la misma

shall at once become due and payable at the option of the Note holder. The date specified shall not be less

quedarán inmediatamente vencidos y pagaderos a opción del tenedor de este Pagaré. La fecha especificada no será anterior

than thirty days from the date such notice is mailed. The Note holder may exercise this

a treinta días a partir de la fecha de envio por correo de dicha notificación. El tenedor de este Pagaré podrá ejercer este

option to accelerate during any default by Borrower regardless of any prior forbearance.

opción de aceleración durante cualquier incumplimiento del Deudor independientemente de cualquier tolerancia de morosidad anterior.

If suit is brought to collect this Note, the Note holder shall be entitled to collect in such

De radicarse procedimiento judicial para el cobro de este Pagaré, el tenedor de este Pagaré tendrá derecho a cobrar en dicho

proceeding the agreed and liquidated amount of ten per centum of the original principal amount hereof to

procedimiento la suma pactada y liquida de diez por ciento de la suma original de principal del presente para

cover costs and expenses of suit, including but not limited to, attorneys fees.

cubrir las costas y gastos de dicho procedimiento, incluyendo sin incluir limitación, honorarios de abogados.

Borrower shall pay to the Note holder a late charge of 5 percent of any

El Deudor pagará al tenedor de este Pagaré un cargo por pago atrasado de 5 por ciento de cualquier plazo

monthly installment not received by the Note holder within fifteen days after the installment

mensual que no sea recibido por el tenedor de este Pagaré dentro de, quince días después de la fecha de vencimiento de

is due. Borrower may prepay the principal amount outstanding in whole or in part. The Note

dicho plazo. El Deudor podrá pagar por anticipado la totalidad o parte del balance insoluto de principal. El tenedor de este

holder may require that any partial prepayments (i) be made on the date monthly installments

Pagaré podrá requerir que cualesquiera pagos parciales (i) se hagan en la fecha en que plazos

are due and (ii) be in the amount of that part of one or more monthly installments which would

mensuales y (ii) sean en la cuantía que aquella parte de uno o más plazos mensuales que

be applicable to principal. Any partial prepayment shall be applied against the principal amount

sería aplicable al principal. Cualquier pago parcial por anticipado se aplicará contra la suma de principal

outstanding and shall not postpone the due date of any subsequent monthly installments or

principal insoluto y no pospondrá la fecha de vencimiento de cualquier plazo mensual subsiguiente ni

change the amount of such installments, unless the Note holder shall otherwise agree in writing.

cambiará el monto de dichos plazos a menos que el tenedor de este Pagaré acuerde lo contrario por escrito.

If within five years from the date

Si dentro de cinco años desde la fecha

of this Note, the undersigned makes any prepayments in any twelve month period beginning with the

de este Pagaré, los suscribientes hacen cualquier pago anticipado en cualquier período de doce meses comenzando con la

PUERTO RICO - 1 TO 4 Family 8/76 FNMA/FHLMC UNIFORM INSTRUMENT

date of this Note or anniversary dates thereof ("loan year") with respect to the undersigned by a
fecha de este Pagaré o la de sus aniversarios ("año de préstamo") con dineros prestados a los suscribientes por un
lender other than the holder hereof, the undersigned shall pay the holder hereof (a) during the 1st
prestador que no sea el tenedor del presente los suscribientes pagarán al tenedor del presente (a) durante el 1er

loan year _____ 3 _____ percent of the amount by which the sum of prepayments made
año _____ del préstamo _____ por ciento de la cuantía por la cual el total de los pagos anticipados hechos

in any such loan year exceeds twenty percent of the original principal amount of this Note and
en cualquier dicho año de préstamo exceda al veinte por ciento de la cantidad original del principal de este Pagaré y

(b) during the 2nd and 3rd loan year _____ 2 _____ percent of the amount by which the sum of
(b) durante 2do y 3er año del préstamo _____ por ciento de la cuantía por la cual el total de los

prepayments made in such loan year exceeds twenty percent of the original principal amount
pagos anticipados hechos en cualquiera dicho año de préstamo exceda al veinte por ciento de la cantidad original del principal

of this Note _____
de este Pagaré _____

(c) during the 4th and 5th loan year _____ 1 _____ percent of the amount by which the sum of
(c) durante el 4to y 5to año del préstamo _____ por ciento de la cuantía por la cual el total de los

prepayments made in any such loan year exceeds twenty percent of the original principal amount
pagos anticipados hechos en cualquiera dicho año de préstamo exceda al veinte por ciento de la cantidad original del principal

of this Note _____
de este Pagaré _____

Presentment, notice of dishonor and protest are hereby waived by all makers
Por la presente se renuncian los derechos de presentación aviso de rechazo y protesto por todos los otorgantes

sureties, guarantors and endorsers hereof. This Note shall be the joint and several obligation of all
fiadores, garantizadores y endosantes del presente Este Pagaré constituye obligación solidaria de todos sus

makers, sureties, guarantors and endorsers and shall be binding upon them and their heirs,
otorgantes fiadores garantizadores y endosantes y los obliga así como a sus herederos

personal representatives, successors and assigns
representantes personales y cesionarios

Any notice to Borrower provided for in this Note shall be given by mailing such notice by
Cualquier notificación al Deudor dispuesta en este Pagaré deberá ser enviada por

certified mail addressed to Borrower at the Property Address stated below or to such other address as
carta certificada dirigida al Deudor a la Dirección de la Propiedad que abaste se indica o a cualquier otra dirección que

Borrower may designate by notice to the Note holder. Any notice to the Note holder shall be
el Deudor designe mediante notificación al tenedor de este Pagaré. Cualquier notificación al tenedor de este Pagaré deberá ser

given by mailing such notice by certified mail, return receipt requested to the Note holder at the address
enviada por correo certificado, con acuse de recibo al tenedor de este Pagaré a la dirección

stated in the first paragraph of this Note or at such other address as may have been designated by notice
indicada en el primer párrafo de este Pagaré o a cualquier otra dirección que se haya designado mediante notificación

to Borrower
al Deudor

The indebtedness evidenced by this Note is secured by a Mortgage dated of even date herewith
La deuda evidenciada por este Pagaré está garantizada por una Hipoteca de fecha igual a la del presente

on property as indicated in Deed number _____ 59 _____ before the subscribing Notary
Sobre propiedad según indicada en la Escritura número _____ ante el Notario suscribiente

C/CAMELIA H-2, VISTAS DEL OCEANO
LOTZA PR - 00772

_____          _____
MIGUEL MARZAN BONILLA                       MAYRA DIAZ LAUREANO


Affidavit Number: _____ 2854 _____

(Execute Original Only)
(Otórguese el original Únicamente)

Acknowledged and subscribed before me by the above signatories of the personal
Reconocido y suscrito ante mi por los arriba firmantes de las circunstancias

circumstances contained in the Mortgage deed herein before described whom I have identified as
personales que se relacionan en la antes descrita de Hipoteca a quienes he identificado según se

expressed also in said deed
expresa en la misma escritura


This is a Photocopy of the Original
Note no Changes or Additions have
been made

NOTARY PUBLIC

NOTARY PUBLIC



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Last Name: <u>MARZAN BONILLA</u>

First Name: <u>MIGUEL A</u>

Middle Name:

Active Duty Status As Of: <u>May-07-2013</u>

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods.  Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: D2VARFBC20354A0

Case:13-01252-ESL13    Doc#:30    Filed:05/08/13    Entered:05/08/13 10:56:03    Desc: Main
Department of Defense Manpower Data Center    Document    Page 18 of 19    Results as of : May-07-2013 01:45:58

SCRA 3.0



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Last Name: <u>DIAZ LAUREANO</u>

First Name: <u>MAYRA B</u>

Middle Name:

Active Duty Status As Of: <u>May-07-2013</u>

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty. HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: 42O2ZF7CR037B00