UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

**Debtor:** MIGUEL ANGEL MARZAN BONILLA and MAYRA BELEN DIAZ LAUREANO
**Case Number:** 13-01252-ESL13     **Chapter:** 13
**Date / Time / Room:** 6/4/2013 9:00 AM osjcrt2
**Bankruptcy Judge:** ENRIQUE S. LAMOUTTE
**Courtroom Clerk:** MILAGROS IRIZARRY
**Reporter / ECR:** CARLOS APONTE

## Matter:

BANCO SANTANDER DE PR'S MOTION FOR RELIEF FROM STAY UNDER §362 (#30)
DEBTORS' ANSWER (#35)

## Appearances:

JOSE RAMON CARRION MORALES
JUAN O CALDERON LITHGOW
LUIS Y RODRIGUEZ SAN MIGUEL

*Debtors appeared pro se*
*N. Godreau*
*J. Berek*

*Court explained ruling in open court*

## Proceedings:

**ORDER:**

____ Upon debtor(s)' failure to: ____ oppose; ____ appear at the hearing scheduled for this date; ____ make current payments to movant; the instant motion is granted and the stay is hereby lifted in favor of movant.

_X_ Debtor shall provide adequate protection to movant by curing the arrears within _90_ days. Upon failure to comply, the stay shall be deemed lifted without further order or hearing.

____ Parties are granted ____ days to file a stipulation or joint motion for consent judgment. Upon failure to so file, the Court will enter an order lifting the automatic stay in favor of movant.

____ Upon debtor(s)' consent, the instant motion is granted and the stay is hereby lifted in favor of movant.

____ The automatic stay is hereby modified for loan mitigation/modification purposes only. The parties shall inform the Court within ____ days on the status of the process.

____ Movant's application to withdraw the motion is hereby granted.

_X_ Other: *Cont. hrg. sched. for July 10, 2013.*

/s/ Enrique S. Lamoutte
U. S. Bankruptcy Judge