IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> MIGUEL A MARZAN BONILLA <br> MAYRA B DIAZ LAUREANO <br>     Debtors | CASE NO. 13-01252 (ESL) <br><br> CHAPTER 13 |
| RNPM, LLC <br>     Movant <br><br> MIGUEL A MARZAN BONILLA <br> MAYRA B DIAZ LAUREANO <br> JOSE R CARRION MORALE <br>     Respondents | |

MOTION REQUESTING CONTINUANCE OF HEARING

TO THE HONORABLE COURT:

NOW COMES RNPM, LLC, through counsel, and most respectfully STATES and PRAYS:

1. A motion requesting relief from automatic stay was filed on August 30, 2013 hearing has been scheduled for October 15, 2013.

2. Appearing party requests that the hearing be continued to a later date.

3. Appearing party and Debtors are in conversation to get into an agreement.

Wallace Vázquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@prtc.net

4. In view of the above appearing party request a continuance of hearing for 30 days.

**WHEREFORE,** it is respectfully requested that this Motion BE GRANTED, with such further relief as is deemed appropriate in the circumstances.

*I CERTIFY,* that on this same date, I electronically filed the foregoing with the Clerk of this Court via CM/ECF system, which will electronically send notification of such filing to the following to: **Mr. Juan O Calderon Lithgow; Mr. Jose R Carrion Morales; and Ms. Monsita Lecaroz Arribas.**

In San Juan, Puerto Rico, this 15th day of October, 2013.

*S/ Wallace Vazquez Sanabria*
**Wallace Vazquez Sanabria-125101**
*17 Mexico St., Suite D-1*
*San Juan, PR 00917-2202*
*Tel: 787-756-5730*
*Fax: 787-764-0340*
*Email: walvaz@prtc.net*

Wallace Vazquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@prtc.net