UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

**Debtor:** MIGUEL ANGEL MARZAN BONILLA and MAYRA BELEN DIAZ LAUREANO
**Case Number:** 13-01252-ESL13  **Chapter:** 13
**Date / Time / Room:** 10/15/2013 9:00 AM osjcrt2
**Bankruptcy Judge:** ENRIQUE S. LAMOUTTE
**Courtroom Clerk:** MILAGROS IRIZARRY
**Reporter / ECR:** ANGEL MENDEZ

## Matter:

RNPM LLC / OPERATING PARTNERS CO INC'S FINAL HEARING ON MOTION FOR RELIEF FROM STAY UNDER §362 (#51)
DEBTORS' ANSWER (#58)

CONFIRMATION HEARING OF AMENDED PLAN DATED 08/14/2013 (#46)

## Appearances:

JOSE RAMON CARRION MORALES
JUAN O CALDERON LITHGOW
WALLACE VAZQUEZ SANABRIA

Debtors
W. Rodriguez — see request for continuance (Dkt #65).

Eduardo M. Veray, RNPM.

## Proceedings:

**ORDER:**

____ Upon debtor(s)' failure to:____ oppose;____ appear at the hearing scheduled for this date;____ make current payments to movant; the instant motion is granted and the stay is hereby lifted in favor of movant.

____ Debtor shall provide adequate protection to movant by curing the arrears within ____ days. Upon failure to comply, the stay shall be deemed lifted without further order or hearing.

**X** Parties are granted 30 days to file a stipulation or joint motion for consent judgment. Upon failure to so file, the Court will enter an order lifting the automatic stay in favor of movant.

____ Upon debtor(s)' consent, the instant motion is granted and the stay is hereby lifted in favor of movant.

____ The automatic stay is hereby modified for loan mitigation/modification purposes only. The parties shall inform the Court within ____ days on the status of the process.

____ Movant's application to withdraw the motion is hereby granted.

**X** Other: Debtor granted 30 days to file an amended ch. 13 plan incorporating the terms of the agreement with RNPM, if any.

Hearing on confirmation rescheduled to December 4, 2013 at 2:00 P.M.

/s/ Enrique S. Lamoutte
U. S. Bankruptcy Judge