# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:

**Debtor:** MIGUEL ANGEL MARZAN BONILLA and MAYRA BELEN DIAZ LAUREANO
**Case Number:** 13-01252-ESL13                    **Chapter:** 13
**Date / Time / Room:** 12/4/2013 2:00 PM osjcrt2
**Bankruptcy Judge:** ENRIQUE S. LAMOUTTE
**Courtroom Clerk:** DARHMA ZAYAS
**Reporter / ECR:** INECITA COLLAZO

### Matter:

12/3/13 (#73)

Confirmation Hearing of Amended Plan dated 8/14/2013 (#46)

### Appearances:

Debtors
A. Rodriguez
JOSE RAMON CARRION MORALES
JUAN O CALDERON LITHGOW    V. Verny, BPPR

### Proceedings:

ORDER:

_X_ (Amended) plan dated 12.3.13 [Docket no. 73] ___ CONFIRMED _X_ NOT CONFIRMED _X_ LBR 3015    *for reasons stated by the trustee to the 8/14/13 plan (#46) and for reasons stated in open court*

___ Debtor's motion for post confirmation modification of plan dated_____; pursuant to §1329, [Docket No.____ ], is hereby _____ granted _____ denied.

___ Movant's application to withdraw motion is hereby granted. Re: Docket No. _____

___ Upon debtor[s]' failure to: ___ to appear at the 341 meeting of creditors, ___ make current payments to the Chapter 13 trustee, ___ appear at the hearing on confirmation, it is now ordered that the instant petition be and it is hereby dismissed.

The trustee is awarded $100.00 costs, ___ balance up to balance of fee to debtor[s]' attorney.

___ Debtor[s]' request for conversion to Chapter 7 is hereby granted. ___ The $25.00 conversion fee shall be paid to the Clerk from the funds held by the Chapter 13 trustee. The Chapter 13 trustee is awarded $100.00 costs.

___ Debtor[s]' request for dismissal is hereby granted. The Chapter 13 trustee is awarded $100.00 costs.

___ There being no opposition, debtor[s]' request to set aside dismissal order [Docket # ____ ] is hereby granted.

___ The parties are granted ____ days to file a settlement agreement.

___ Hearing on Confirmation/Contested Matter is continued to: _____

___ Attorney's Fees:$3,000.00; Other:_____

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge