IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

MIGUEL ANGEL MARZAN BONILLA

MAYRA BELEN DIAZ LAUREANO

XXX-XX-9563

XXX-XX-4839

**Debtor(s)**

CASE NO. 13-01252 ESL

Chapter 13

**FILED & ENTERED ON 01/03/2014**

## ORDER DISMISSING CASE

It appearing that debtors have failed to comply with this court's order of 12/04/2013 (see docket entry #76), it is now

ORDERED that the instant case be and it is hereby dismissed; and it is further

ORDERED that the Clerk shall dismiss and close any contested matter or adversary proceeding related to the instant case.

SO ORDERED.

In San Juan, Puerto Rico, this 03 day of January, 2014.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

C: All Creditors